NUMBER 13-04-576-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________ _____________________

EDWARD LISTER,                                                             Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_____________________________________________ _____________________

On appeal from the 36th District Court
of San Patricio County, Texas.
______________________________________________ ____________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, EDWARD LISTER, attempts to appeal a conviction for theft. The trial
court has certified that this “is a plea-bargain case, and the defendant has NO right of
appeal.” See Tex. R. App. P. 25.2(a)(2).
         On November 1, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On November 22, 2004, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 9th day of December, 2004.